FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| GARG TUBE EXPORT LLP and GARG TUBE LIMITED,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>                Defendant. | **SUMMONS**<br><br>Court No. 21-00169 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                  **/s/ Mario Toscano**
                                                   Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiffs in this action are Garg Tube Export LLP and Garg Tube Limited. As Indian producers/exporters of welded carbon steel standard pipes and tubes, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a), who were parties to the proceeding that led to the determination being challenged. Plaintiffs participated in the proceeding through the submission of questionnaire responses and written arguments. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final results in the administrative review of the antidumping duty order on welded carbon steel standard pipes and tubes from India. *See* <u>Welded Carbon Steel Standard Pipes and Tubes from India: Final Results of Antidumping Duty Administrative Review; 2018-2010</u>, 86 Fed. Reg. 14,872 (March 19, 2021). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> March 19, 2021.

4. <u>Date of publication in the Federal Register of the contested determination</u>: March 19, 2021.

          Respectfully submitted,

          <u>/s/ *Ned H. Marshak*</u>
          Ned H. Marshak
          Dharmendra N. Choudhary
          Jordan C. Kahn

          GRUNFELD, DESIDERIO, LEBOWITZ
          SILVERMAN & KLESTADT LLP
          599 Lexington Avenue, 36th Floor
          New York, NY 10022
          (212) 557-4400
          **
          1201 New York Ave., NW, Suite 650
          Washington, DC 20005
          (202) 783-6881

Dated:  April 16, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                                               The Honorable Mario Toscano
                                                                               Clerk of the Court

Date: April __, 2021                                      By:_____