UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **GARG TUBE EXPORT LLP and GARG TUBE LIMITED,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant,<br><br>and<br><br>**NUCOR TUBULAR PRODUCTS INC. and WHEATLAND TUBE,**<br><br>    Defendant-Intervenors. | Before: Claire R. Kelly, Judge<br><br>Court No. 21-00169 |

## ORDER

Upon consideration of Defendant's Consent Motion for Remand, Feb. 2, 2023, ECF No. 37, and pursuant to U.S. Court of International Trade Rule 7(b), it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that this case is remanded to the U.S. Department of Commerce for further administrative proceedings; and it is further

**ORDERED** that Commerce shall file its remand redetermination on or before Monday, March 20, 2023; and it is further

**ORDERED** that within seven days of the filing of the remand determination, the parties shall file a joint status report, including a briefing schedule for any further proceedings in this court.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:    February 3, 2023
          New York, New York