

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

April 8, 2024

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
  Email:     nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
  Email:     dchoudhary@gdlsk.com
             jkahn@gdlsk.com

Robert Ralph Kiepura, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
  Email:     robert.kiepura@usdoj.gov

Brishailah Brown, Esq.
Shelby Mitchell Anderson, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW
Washington, DC 20230
  Email:     Brishailah.Brown@trade.gov
             shelby.anderson@trade.gov

Alan Hayden Price, Esq.
Jake Roger Frischknecht, Esq.
Paul A. Devamithran, Esq.
Robert Edward DeFrancesco, III, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
　Email:　　aprice@wiley.law
　　　　　　jfrischknecht@wiley.law
　　　　　　pdevamithran@wiley.law
　　　　　　rdefrancesco@wiley.law
　　　　　　tbrackemyre@wiley.law

Roger Brian Schagrin, Esq.
Alessandra A. Palazzolo, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Jeffrey David Gerrish, Esq.
Luke Anthony Meisner, Esq.
Michelle Rose Avrutin, Esq.
Nicholas Joel Birch, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
　Email:　　rschagrin@schagrinassociates.com
　　　　　　apalazzolo@schagrinassociates.com
　　　　　　ccloutier@schagrinassociates.com
　　　　　　edrake@schagrinassociates.com
　　　　　　jgerrish@schagrinassociates.com
　　　　　　lmeisner@schagrinassociates.com
　　　　　　mavrutin@schagrinassociates.com
　　　　　　nbirch@SchagrinAssociates.com
　　　　　　wfennell@schagrinassociates.com

　　　　Re:　*Garg Tube Export LLP et al v. United States*
　　　　　　Court No. 21-00169

Dear Counsel:

　　　It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, April 16, 2024. The court has double-bracketed information that was designated as confidential in the underlying

record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, April 15, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

      Thank you for your assistance.

                                                                              Sincerely,

                                                                              /s/ Claire R. Kelly
                                                                             Claire R. Kelly, Judge