

NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

April 12, 2024

**VIA ELECTRONIC FILING**

The Honorable Claire R. Kelly
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:  *Garg Tube Export LLP et al. v. United States*, Ct. No. 21-00169

Dear Judge Kelly:

    In response to the Court's April 8, 2024, letter, Plaintiffs Garg Tube Export LLP and Garg Tube Limited respectfully advise the Court that they do not believe that the Court's April 8, 2024, opinion and order (Slip Op. 24-41) contains any confidential information, not already double-bracketed, that requires redaction from the public version. *See* ECF. No. 68.

    We agree with the Court's double bracketing and respectfully request that the Court redact all double-bracketed information in the public version of the opinion.

                                     Very truly yours,

                                     */s/ Jordan C. Kahn*
                                   Ned H. Marshak
                                   Dharmendra N. Choudhary
                                   Jordan C. Kahn