

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

November 7, 2024

Ned Herman Marshak, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
Email:        nmarshak@gdlsk.com

Dharmendra Narain Choudhary, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
Email:        dchoudhary@gdlsk.com
              jkahn@gdlsk.com

Robert Ralph Kiepura, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:        robert.kiepura@usdoj.gov

Jack Dunkelman, Esq.
Joseph Grossman-Trawick, Esq.
Shelby Mitchell Anderson, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20009
Email:        jack.dunkelman@trade.gov
              joseph.grossman@trade.gov
              shelby.anderson@trade.gov

Alan Hayden Price, Esq.
Jake Roger Frischknecht, Esq.
Paul A. Devamithran, Esq.
Robert Edward DeFrancesco, III, Esq.
Theodore Paul Brackemyre, Esq.
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Email:          aprice@wiley.law
                jfrischknecht@wiley.law
                pdevamithran@wiley.law
                rdefrancesco@wiley.law
                tbrackemyre@wiley.law

Roger Brian Schagrin, Esq.
Alessandra A. Palazzolo, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Jeffrey David Gerrish, Esq.
Luke Anthony Meisner, Esq.
Michelle Rose Avrutin, Esq.
Nicholas Joel Birch, Esq.
William A. Fennell, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email:          rschagrin@schagrinassociates.com
                apalazzolo@schagrinassociates.com
                ccloutier@schagrinassociates.com
                edrake@schagrinassociates.com
                jgerrish@schagrinassociates.com
                lmeisner@schagrinassociates.com
                mavrutin@schagrinassociates.com
                nbirch@SchagrinAssociates.com
                wfennell@schagrinassociates.com

      Re:    *Garg Tube Export LLP et al v. United States*
              Court No. 21-00169

Dear Counsel:

It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Friday, November 15, 2024. The court has double-bracketed information that was designated as confidential in the underlying

record.  However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Thursday, November 14, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version.  If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

       Thank you for your assistance.

                           Sincerely,

                           /s/ Claire R. Kelly
                           Claire R. Kelly, Judge